## THIRD DEPARTMENT, OCTOBER, 1971

## (October 13, 1971)

In the Matter of the Claim of HARRY LEON, Respondent, v. GENERAL MOTORS CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for order directing the board to accept a notice of appeal served

upon it July 9, 1971 granted, without costs. Upon this appeal, however, our review will be limited to the question whether the decision dated June 14, 1971 denying the application for reconsideration of the board's decision dated April 16, 1971 was arbitrary and capricious (*Matter of Fairbanks* v. *Brewer-Titchener Corp.*, 25 A D 2d 583). Herlihy, P. J., Aulisi, Staley, Jr., Greenblott and Sweeney, JJ., concur.